To the Honorable Judge Wolle,

RECEIVED
DEC 16 2011
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dear Judge Wolle,

96CR-93

    My name is Calvin Gillings and I am writing you in an effort to obtain a reduced sentence. To my understanding you would like an explanation as to why I qualify for a reduction. Here are my reasons.

    After serving 15 years and 2 months of the 30 year sentence imposed by the Court, I am no longer the same man you once looked down at. I was 25 years old at the time of my sentencing and unstable in my decision-making. I opted to become involved in illegal activities instead of properly dealing with life and its trials and tribulations.

    In serving my sentence I have used my time wisely, educating myself through various programs offered at each institution. I understand that in order to change my path I have to change the way I think, expose my short-comings, and realize that life is not all about me. I now know my actions affected my family in a great way, unfortunately not in a positive way.

    I will be leaving prison with a 180-degree turn in every aspect of my life: mentally, physically, and most important, spiritually. As you look over my progress reports and accomplishments, you will find there is good to be obtained from the prison system if you strive for it.

    I held a high position with UNICOR, which is only given to the most skilled and trusted inmates. At two seperate institutions, I had positions in the Commissary, which are also only given to trustworthy inmates, due to the high risk of theft.

    I have taken an advanced legal practice course, and a 40-hour drug class, along with anger management, self-development, and diversity awareness classes. I am also the music director for the church. My recent accomplishment in being water baptized is a showing of the balance I've applied in my life.

    I've taken this sentence as an opportunity to rehabilitate myself so I can conduct myself in a manner that makes me a positive role model to my children's lives and deposit the contents a father should. I am now 41 years old. I have a daughter in college and a son and daughter in high school, and a grandson. My mother is getting older and has a medical condition. She needs my support. Given a chance I will dedicate my life to those who mean the most to me. I even have a few job prospects that would give me an honest income to support them with.

    As you can see in my file I am a non-violent offender. I believe I can be of great help to the community and of great influence letting them know that crime doesn't pay! I understand the grounds in which you sentenced me, but I now pray the Court sees that I am determined not to hurt my loved ones and to become the law abiding citizen the world expects.

    The law that I was sentenced under has changed. I believe that because of this change, along with your power and discretion, I should be able to receive a reduced sentence. I pray for the mercy of the Court on my behalf. Please know that I am not clear on the law or how it applies to my situation, but I do know that the crack ratio was unjust in my case. I also understand that I was sentenced under §4B1.1 as a career offender, and this may prevent you from granting my request, however, I'm still at the mercy of the Court.

    Thank you for this opportunity. thank you for your time and attention to this matter. May God Bless your decision.

Calvin Gillings 09245-424
FCI Elkton
PO Box 10
Lisbon, OH 44432

Respectfully Submitted,
*Calvin Gillings*
Date: December 12, 2011