IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 4:96-cr-0093 |
| | ) | |
| v. | ) | RESPONSE TO DEFENDANT'S |
| | ) | REPLY TO COURT'S LETTER |
| CALVIN C. GILLINGS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, and in response to defendant's letter (Court's Docket No. 127), argues that defendant's sentence may not be reduced because, as correctly determined by the Probation Office, defendant's sentence was determined by the career offender guideline. Thus, the new amendment does "not have the effect of lowering [defendant's] Guidelines range." *United States v. Washington*, 618 F.3d 869, 873 (8th Cir. 2010).

Respectfully Submitted,

Nicholas A. Klinefeldt
United States Attorney

By: _/s/Andrew H. Kahl_____
Andrew H. Kahl
Assistant United States Attorney
U.S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: andrew.kahl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_x__ U.S. Mail ____ Fax _____ Hand Delivery

_X__ ECF/Electronic filing  ____ Other means

copy by U.S. Mail to:

Calvin C. Gillings

Reg No 09245-424
ELKTON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 10
Lisbon, OH 44432

UNITED STATES ATTORNEY

By: /s/ S. Irwin_____

     Legal Assistant