AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Calvin C. Gillings ) | Case No: 4:96-cr-00093-001 |
| ) | USM No: 09245-424 |
| Date of Original Judgment: 07/18/1997 ) | |
| Date of Previous Amended Judgment: ) | Alfredo G. Parrish |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant is not eligible for the retroactive sentence adjustment as the Career Offender provisions under USSG §4B1.1 resulted in a greater sentence than the guideline imprisonment range determined under Chapters 2 and 3.

The defendant is advised of the right to appeal. If the defendant desires an appeal, notice must be filed with the Clerk of Court within 14 days of the filing of this Order. If unable to pay the cost of an appeal, the defendant may apply for leave to appeal in forma pauperis.

Except as otherwise provided, all provisions of the judgment dated   7/18/97   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 5, 2012       *Charles R Wolle*
                                                     Judge's signature

Effective Date: January 5, 2012       Charles R. Wolle, Senior United States District Judge
*(if different from order date)*                  *Printed name and title*